1  Law Offices of Mark W. Lapham
   Mark W. Lapham, ESQ. (SBN 146352)
2  751 Diablo Rd.
   Danville, California 94526
3  Telephone:   (925) 837-9007
   Facsimile:   (650) 738-0375
4
   Attorney for Plaintiff
5  KARTHIK SUBRAMANI

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | KARTHIK SUBRAMANI | Case No. C 13-01605 |
|---|---|---|
| 12 | Plaintiff, | Honorable Judge Samuel Conti<br>Date:   September 27, 2013<br>Time:  10:00 a.m.. |
| 13 | vs. | Courtroom: 1 17th floor |
| 14 | WELLS FARGO BANK, NATIONAL<br>ASOCIATION; FIDELITY NATIONAL TITLE<br>COMPANY; and DOES 1 through 100 inclusive. | **STIPULATED CONTINUANCE FOR OPPOSITION AND REPLY DUE DATES FOR DEFENDANT'S 12(b)(6) MOTION TO DISMISS** |
| 15 | | |
| 16 | Defendant(s). | Complaint Filed:  April 9, 2013 |
| 17 | | |

18                         **STIPULATION**

19       Plaintiffs and Defendants, hereby stipulate through their respective counsel as follows:

20  That defendant's filed a 12(b)(6) Motion to dismiss on August 15, 2013.  Based on the FRCP

21  plaintiff's opposition is due 14 days after such filing or August 29th.  Defendant's reply would be

22  due 7 days thereafter.  The hearing is calendared for September 27, 2013.  That because of existing

23  scheduling, the parties agree to extend the time for Plaintiff to file an opposition until September 5th

24  and for Defendant's to file their reply until September 12th.

25  / / /

26  / / /

27  / / /

28  / / /

**IT IS SO STIPULATED.**

Dated: August 20th, 2013          LAW OFFICES OF MARK W. LAPHAM

                                  By:   //s/Mark W. Lapham
                                             MARK W. LAPHAM, SBN 146352
                                             Attorney for Plaintiff
                                             KARTHIK SUBRAMANI

Dated: August 20, 2013          SEVERSON AND WERSON, PC

                                             //s/Gurinder S. Grewal
                                  By:   GURINDER S. GREWAL, SBN 277975
                                             ONE EMBARACADERO CENTER, SUITE 2600
                                             SAN FRANCISCO, CA 94111
                                             Attorney for Defendant's WELLS FARGO BANK

**ORDER**

The extension of time for Plaintiff to file their opposition is granted to September 5th, 2013 and Defendants time to file their reply is extended until September 12, 2013.

**IT IS SO ORDERED**.

08/23/2013

By: _____
HON. SAMUEL CONTI
JUDGE

*(Signature stamp: Judge Samuel Conti — United States District Court, Northern District of California)*