Law Offices of Mark W. Lapham
Mark W. Lapham, ESQ. (SBN 146352)
751 Diablo Rd.
Danville, California 94526
Telephone:   (925) 837-9007
Facsimile:   (650) 738-0375

Attorney for Plaintiff
KARTHIK SUBRAMANI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK SUBRAMANI<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASOCIATION; FIDELITY NATIONAL TITLE COMPANY; and DOES 1 through 100 inclusive.<br><br>    Defendant(s). | Case No. C 13-01605<br>Honorable Judge Samuel Conti<br>Date:   September 27, 2013<br>Time:  10:00 a.m..<br>Courtroom: 1 17th floor<br><br>**STIPULATED CONTINUANCE FOR OPPOSITION AND REPLY DUE DATES FOR DEFENDANT'S 12(b)(6) MOTION TO DISMISS**<br><br>Complaint Filed:   April 9, 2013 |

### STIPULATION

Plaintiffs and Defendants, hereby stipulate through their respective counsel as follows: That defendant's filed a 12(b)(6) Motion to dismiss on August 15, 2013. Based on the FRCP plaintiff's opposition is due 14 days after such filing or August 29th. Defendant's reply would be due 7 days thereafter. The hearing is calendared for September 27, 2013. That because of existing scheduling, the parties agree to extend the time for Plaintiff to file an opposition until September 5th and for Defendant's to file their reply until September 12th.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated:  August 20th, 2013        LAW OFFICES OF MARK W. LAPHAM

By:   //s/Mark W. Lapham
      MARK W. LAPHAM, SBN 146352
      Attorney for Plaintiff
      KARTHIK SUBRAMANI

Dated:  August 20, 2013        SEVERSON AND WERSON, PC

      //s/Gurinder S. Grewal
By:   GURINDER S. GREWAL, SBN 277975
      ONE EMBARACADERO CENTER, SUITE 2600
      SAN FRANCISCO, CA   94111
      Attorney for Defendant's WELLS FARGO BANK

## ORDER

The extension of time for Plaintiff to file their opposition is granted to September 5th, 2013 and Defendants time to file their reply is extended until September 12, 2013.

**IT IS SO ORDERED**.

08/23/2013

By: _____
HON. SAMUEL CONTI
JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Samuel Conti]*

-2-                STIPULATION TO CONTINUE RESPONSE DATES