**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARTHIK SUBRAMANI,

    Plaintiff,

  v.

WELLS FARGO BANK N.A., FIDELITY NATIONAL TITLE COMPANY, and DOES 1-100,

    Defendants.

Case No. C 13-1605 SC

ORDER RE: AMENDED PLEADING SCHEDULE

    As noted in the Court's order on Defendant's motion to dismiss, ECF No. 33, Plaintiff may file an amended complaint subject to that order's limitations.  Plaintiff is to file that complaint within thirty (30) days of this Order's signature date.  Failure to do so may result in termination of this case.

    IT IS SO ORDERED.

Dated: November 1, 2013

_____
UNITED STATES DISTRICT JUDGE