United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
                                    ) Case No. C 13-1605 SC
9                                   )
   KARTHIK SUBRAMANI,               ) ORDER RE: AMENDED PLEADING
10                                  ) SCHEDULE
                Plaintiff,          )
11                                  )
        v.                          )
12                                  )
   WELLS FARGO BANK N.A., FIDELITY  )
13 NATIONAL TITLE COMPANY, and DOES )
   1-100,                           )
14                                  )
                                    )
15              Defendants.         )
                                    )
16 _____ )

17

18

19      As noted in the Court's order on Defendant's motion to

20 dismiss, ECF No. 33, Plaintiff may file an amended complaint

21 subject to that order's limitations.  Plaintiff is to file that

22 complaint within thirty (30) days of this Order's signature date.

23 Failure to do so may result in termination of this case.

24

25      IT IS SO ORDERED.

26

27      Dated: November 1, 2013        _____

28                                     UNITED STATES DISTRICT JUDGE