Law Offices of Mark W. Lapham
Mark W. Lapham, Esq. (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Tel:  (925) 837-9007
Fax: (925) 405-1616


Attorney for Plaintiff
KARTHIK SUBRAMANI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARTHIK SUBRAMANI | Case No. Case No. CV 13-1605-SC |
| Plaintiff, | **NOTICE OF ERRATA AND CORRECTION TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| WELLS FARGO BANK, N.A., FIDELITY NATIONAL TITLE CO., and DOES 1-100, Inclusive. | Date: January 24, 2014<br>Time: 10:00 a.m.<br>Ctrm: 1 (17th Flr. 450 Golden Gate Ave., San Francisco, CA |
| Defendants | Judge: Honorable Samuel Conti<br>Trial Date: Not Yet Set |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff KARTHIK SUBRAMANI through his attorney, Mark Lapham, submits this Notice of Errata and Correction as follows:

1. Opposition to Motion to Dismiss at p.3:2 Delete April 25, 2005 and replace with "Wells Fargo."

2. Opposition to Motion to Dismiss at p.3:7-8 DELETE sentence "Wells Fargo made no reasonable adjustments nor offered Plaintiff a reasonable loan modification to accommodate this defect."

3. Opposition to Motion to Dismiss at p.5:3 INSERT sentence at end of paragraph: In addition, Plaintiff has offered evidence establishing that no Defendant has a beneficial interest in

NOTICE OF ERATTA AND CORRECTION  1

Plaintiff's DOT or Note because these interests were never effectively assigned to the MBS trust for which HSBC USA, National Association serves as trustee.

    4.   Opposition to Motion to Dismiss at p. 5:18  DELETE "Wells Fargo" and replace with "HSBC, USA, National Association"

    5.   Opposition to Motion to Dismiss at p.9:28; 10:1  Delete "CHASE and".

Dated:    January 16, 2014

                                    //s/Mark W. Lapham_____
                                      Mark W. Lapham