UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Judge:** SAMUEL CONTI

**Date**: May 30, 2014

**Case No.**   C 13-01605  SC

**Case Title**:  KARTHIK SUBRAMANI  v.  WELLS FARGO BANK

**Appearances**:

    For Plaintiff(s): Mark Lapham

    For Defendant(s): Gurinder Grewal

**Deputy Clerk**:  Tana Ingle        **Court Reporter**: Belle Ball
**Time in Court:**  5 minutes

## PROCEEDINGS

1.   Case Management Conference - held

Discovery Cutoff: **12/19/2014**

Last Day to Hear Dispositive Motions: **01/23/2015**

Case continued to **Friday, 02/20/2015,  at 10:00 a.m.** for Pretrial Conference

Case continued to **Monday, 02/23/2015,  at 9:30 a.m.** for Trial (Jury: 4-6 Days)