MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
GURINDER S. GREWAL (State Bar No. 277975)
gsg@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| KARTHIK SUBRAMANI,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; FIDELITY NATIONAL TITLE COMPANY; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 13-cv-01605-SC<br><br>**[PROPOSED] ORDER SHORTENING TIME TO HEAR MOTIONS TO COMPEL** |

After consideration of the papers filed by the parties,

IT IS HEREBY ORDERED THAT the Request for an Order Shortening Time to Hear Motions to Compel is GRANTED; the Motion to Compel Amended Responses from Plaintiff to Wells Fargo's First Set of Requests for Admission and Motion to Compel Amended Responses from Plaintiff to Wells Fargo's First Set of Interrogatories shall be heard on December 12, 2014.

Any opposition of Plaintiff to these motions shall be filed on or before December 9, 2014; any reply by Wells Fargo shall be filed on or before December 11, 2014.

**IT IS SO ORDERED.**

Dated: 12/03/2014

Hon. Samuel Conti
United States Senior District Judge